UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT RASTOCKY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OPTIONABLE INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR<br><br>Defendants. | CASE NO.: 07-CIV-3755 (WP4)<br><br>NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE THAT Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), voluntarily dismisses without prejudice the above-entitled action. Said dismissal is filed without prejudice since Defendants have not filed an answer or a motion for summary judgment. While this action was filed pursuant to Federal Rule of Civil Procedure 23, court approval of said dismissal is not required as no class has been certified, no settlement or other consideration is involved, and the dismissal would not bind any purported class members.

Dated: May 16, 2007

Respectfully submitted,

**SARRAF GENTILE LLP**

  /s/ Ronen Sarraf
Ronen Sarraf
Joseph Gentile
485 Seventh Avenue, Suite 1005
New York, NY 10018
(212) 868-3610

**SCHATZ NOBEL IZARD P.C.**
Andrew Schatz
Jeffrey S. Nobel
20 Church Street, Suite 1700,
Hartford, CT 06103
(860) 493-6292

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 16, 2007, a true and correct copy of the foregoing Notice of Dismissal was served by U.S. Mail on the following:

Optionable, Inc., 465 Columbus Avenue, Valhalla, NY 10595
Kevin Cassidy, c/o Optionable, Inc., 465 Columbus Avenue, Valhalla, NY 10595
Edward O'Connor, c/o Optionable, Inc., 465 Columbus Avenue, Valhalla, NY 10595

    /s/ Ronen Sarraf