UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT RASTOCKY, on behalf of himself and all others similarly situated,

*Plaintiff,*

vs.

OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,

*Defendants.*

Case No. 07-CV-3755 (unassigned)

**ECF Case**

---

### NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 18, 2007

LOWEY DANNENBERG BEMPORAD
  SELINGER & COHEN, P.C.

By: /S/_____
    Richard W. Cohen (RC-5220)
    Geoffrey M. Horn (GH-4179)
    Scott V. Papp (SP-6005)
White Plains Plaza
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:  914-997-0500
Facsimile:  914-997-0035
rcohen@lowey.com
ghorn@lowey.com
spapp@lowey.com

*Attorneys for Defendant Optionable, Inc.*