UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT RASTOCKY, on behalf of himself
and all others similarly situated,

Plaintiff,

vs.

OPTIONABLE, INC., KEVIN CASSIDY, and
EDWARD J. O'CONNOR,

Defendants.

Case No. 07-CV-3755 (unassigned)

**ECF Case**

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for

**Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon

such firm, through the undersigned counsel.

Dated: White Plains, New York
       May 21, 2007

LOWEY DANNENBERG BEMPORAD
  SELINGER & COHEN, P.C.

By: _____
       Geoffrey M. Horn (GH-4179)
White Plains Plaza
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone:    914-997-0500
Facsimile:    914-997-0035
ghorn@lowey.com

*Attorneys for Defendant Optionable, Inc.*