UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT RASTOCKY, on behalf of himself and all others similarly situated,

        *Plaintiff,*

vs.

OPTIONABLE, INC., KEVIN CASSIDY, and EDWARD J. O'CONNOR,

        *Defendants.*

Case No. 07-CV-3755 (unassigned)

**ECF Case**

---

## NOTICE OF APPEARANCE

Lowey Dannenberg Bemporad Selinger & Cohen, P.C. hereby appears as counsel for **Defendant Optionable, Inc.,** and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: White Plains, New York
      May 21, 2007

                      LOWEY DANNENBERG BEMPORAD
                        SELINGER & COHEN, P.C.

                      By: _/s/ Scott V. Papp_____
                          Scott Vincent Papp (SP-6005)
                      White Plains Plaza
                      One North Broadway, 5th Floor
                      White Plains, New York 10601
                      Telephone:   914-997-0500
                      Facsimile:   914-997-0035
                      spapp@lowey.com

                      *Attorneys for Defendant Optionable, Inc.*